613 A.2d 1203

Edward LIVINGSTON and Gwendolyn Livingston, his wife

v.

SHORELINE INSURANCE AGENCY, a subsidiary of Rose, Vanderwest, Enders and Kendall, and Commercial Union Insurance Company.

Supreme Court of Pennsylvania.

Argued Sept. 24, 1992.

Decided Oct. 14, 1992.

John W. Beatty, Knox, McLaughlin, Gornall & Sennett, P.C., Erie, for appellant.

Michael E. Dunlavey, Erie, for Edward & Gwendolyn Livingston.

Gary D. Bax, Erie, for Commercial Union Trust Ins. Co.

450

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.